

FILED

JUL 22 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

TERRY WILLIAM CORBIN, #353644,

    Petitioner,

v.                 ACTION NO.
                  2:08cv585

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

    Respondent.

### FINAL ORDER

  Petitioner, a Virginia inmate, filed this petition for writ of habeas corpus pursuant to 28

U.S.C. § 2254. The petition alleges violation of federal rights pertaining to Petitioner's convictions

on August 24, 2005, in the Circuit Court for the City of Virginia Beach for abduction, robbery, and

carjacking, as a result of which he was sentenced to serve life plus forty years in the Virginia penal

system.

  The petition was referred to a United States Magistrate Judge pursuant to the provisions of

28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District

Court for the Eastern District of Virginia for a Report and Recommendation. The Magistrate Judge's

Report and Recommendation filed June 29, 2009, recommends dismissal of the petition because

Corbin's grounds were procedurally barred from review in the state courts, and thus, may not now

be considered in this federal Court. The Court has received no objections to the Report and

Recommendation and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed June 29, 2009, and it is therefore ORDERED that Respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

/s/

Jerome B. Friedman
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

July 2 1, 2009